UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>SGT. A. NADAL, et al.,<br><br>    Defendants. | 1:14-cv-01172-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br>(Docs. 8, 10.) |

On July 30, 2014, Phillip T. Ricker ("Plaintiff") filed a motion to proceed in forma pauperis, and on August 6, 2014, Plaintiff filed a motion for appointment of counsel. (Docs. 8, 10.) In light of the fact that Plaintiff was denied leave to proceed in forma pauperis and this case was dismissed on July 30, 2014, Plaintiff's motions are moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, filed on July 30, 2014, is DENIED as moot; and

2. Plaintiff's motion for appointment of counsel, filed on August 6, 2014, is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **August 29, 2014**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE